# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

THE TEACHERS' RETIREMENT SYSTEM OF
THE CITY OF NEW YORK, THE NEW YORK
CITY EMPLOYEES' RETIREMENT SYSTEM,
THE NEW YORK CITY POLICE PENSION
FUND, THE NEW YORK CITY FIRE
DEPARTMENT PENSION FUND, THE BOARD
OF EDUCATION RETIREMENT SYSTEM OF
THE CITY OF NEW YORK, THE NEW YORK
CITY DEFERRED COMPENSATION PLAN, and
THE TEACHERS' RETIREMENT SYSTEM OF
THE CITY OF NEW YORK VARIABLE
ANNUITY PROGRAM, individually and on behalf
of all others similarly situated,

                       Plaintiffs,

        v.

COUPANG, INC., BOM SUK KIM, GAURAV
ANAND, MICHAEL PARKER, MATTHEW
CHRISTENSEN, LYDIA JETT, NEIL MEHTA,
BENJAMIN SUN, KEVIN WARSH, HARRY
YOU, GOLDMAN SACHS & CO. LLC, ALLEN
& COMPANY LLC, J.P. MORGAN SECURITIES
LLC, CITIGROUP GLOBAL MARKETS INC.,
HSBC SECURITIES (USA), INC., DEUTSCHE
BANK SECURITIES INC., UBS SECURITIES
LLC, MIZUHO SECURITIES USA LLC, and
CLSA LIMITED

                    Defendants.

Case No. 1:22-cv-07309-VSB

# PLAINTIFFS' NOTICE OF APPEAL

PLEASE TAKE NOTICE that Lead Plaintiffs Teachers' Retirement System of the City of New York, the New York City Employees Retirement System, the New York City Police Pension Fund, the New York City Fire Department Pension Fund, the Board of Education Retirement System of the City of New York, the New York City Deferred Compensation Plan, and the Teachers' Retirement System of the City of New York Variable Annuity Program ("Plaintiffs") in the above-captioned matter hereby appeal to the United States Court of Appeals for the Second Circuit from the Court's Opinion & Order and Judgment (Dkt. Nos. 98-99) entered in this action on September 10, 2025, granting Defendants' Motion To Dismiss the Amended Complaint (Dkt. No. 69) and dismissing the action with prejudice.

Dated: October 10, 2025                    Respectfully submitted,

                                           */s/ Jeremy A. Lieberman*
                                           Jeremy A. Lieberman
                                           Emma Gilmore
                                           Justin D. D'Aloia
                                           POMERANTZ LLP
                                           600 Third Avenue
                                           New York, New York 10016
                                           Telephone: (212) 661-1100
                                           Facsimile: (212) 661-8665
                                           jalieberman@pomlaw.com
                                           egilmore@pomlaw.com
                                           jdaloia@pomlaw.com

                                           *Counsel for Plaintiffs, and Lead Counsel*
                                           *for the Classes*

CLOSED,APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:22−cv−07309−VSB

| | |
|---|---|
| The New York City Fire Department Pension Fund et al v. Coupang, Inc. et al | Date Filed: 08/26/2022 |
| Assigned to: Judge Vernon S. Broderick | Date Terminated: 09/10/2025 |
| Related Cases:  1:22−cv−08756−VSB | Jury Demand: Plaintiff |
|                 1:23−cv−07239−VSB | Nature of Suit: 850 |
|                 1:23−cv−07445−VSB | Securities/Commodities |
| Cause: 15:77 Securities Fraud | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **David Choi** | represented by | **Samuel Howard Rudman** |
| *Individually and on Behalf of All Others Similarly Situated* | | Robbins Geller Rudman & Dowd LLP (LI) |
| *TERMINATED: 09/13/2023* | | 58 South Service Road |
| | | Suite 200 |
| | | Melville, NY 11747 |
| | | (631) 367−7100 |
| | | Fax: (631) 367−1173 |
| | | Email: srudman@rgrdlaw.com |
| | | *TERMINATED: 09/13/2023* |
| | | *LEAD ATTORNEY* |
| | | |
| | | **David Avi Rosenfeld** |
| | | Robbins Geller Rudman & Dowd LLP (LI) |
| | | 58 South Service Road |
| | | Suite 200 |
| | | Melville, NY 11747 |
| | | 631−367−7100 |
| | | Fax: 631−367−1173 |
| | | Email: drosenfeld@rgrdlaw.com |
| | | *TERMINATED: 09/13/2023* |

**Plaintiff**

| | | |
|---|---|---|
| **The New York City Fire Department Pension Fund** | represented by | **Jeremy Alan Lieberman** |
| | | Pomerantz LLP |
| | | 600 Third Avenue, 20th Floor |
| | | New York, NY 10016 |
| | | (212)−661−1100 |
| | | Fax: (212)−661−8665 |
| | | Email: jalieberman@pomlaw.com |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **The New York City Police Pension Fund** | represented by | **Jeremy Alan Lieberman** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **The Board of Education Retirement System of The City of New York** | represented by | **Jeremy Alan Lieberman** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **The New York City Employees Retirement System** | represented by | **Jeremy Alan Lieberman** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **The Teachers Retirement System of The City of New York Variable Annuity Program** | represented by | **Jeremy Alan Lieberman** <br>(See above for address) <br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **The New York City Deferred Compensation Plan** | represented by | **Jeremy Alan Lieberman** <br>(See above for address) <br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **The Teachers Retirement System of The City of New York** | represented by | **Jeremy Alan Lieberman** <br>(See above for address) <br>*ATTORNEY TO BE NOTICED* |

V.

**Movant**

| | | |
|---|---|---|
| **Rubin Lerer** | represented by | **Phillip C. Kim** <br>The Rosen Law Firm <br>275 Madison Avenue <br>40th Floor <br>New York, NY 10016 <br>212–686–1060 <br>Fax: 212–202–3827 <br>Email: philkim@rosenlegal.com <br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **Alsar Ltd. Partnership** | represented by | **Kim Elaine Miller** <br>Kahn Swick & Foti, LLC <br>250 Park Avenue <br>Suite 2040 <br>New York, NY 10177 <br>212–696–3732 <br>Fax: 504–455–1498 <br>Email: kim.miller@ksfcounsel.com <br>*LEAD ATTORNEY* <br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **New York City Public Pension Funds** | represented by | **Jeremy Alan Lieberman** <br>(See above for address) <br>*LEAD ATTORNEY* <br>*ATTORNEY TO BE NOTICED* <br><br>**Dolgora Dorzhieva** <br>Pomerantz <br>600 Third Avenue <br>Ste 20th Floor <br>New York, NY 10016 <br>212–661–1100 <br>Email: ddorzhieva@pomlaw.com <br>*ATTORNEY TO BE NOTICED* <br><br>**Emma Gilmore** <br>Pomerantz LLP <br>600 Third Ave, 20th Floor <br>New York, NY 10016 <br>(212) 661–1100 <br>Fax: (212) 661–8665 |

Email: egilmore@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Justin David D'Aloia**
Pomerantz LLP
600 3rd Avenue
20th Floor
New York, NY 10016
212−661−1100
Email: jdaloia@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Movant**

| | | |
|---|---|---|
| **Office of the Treasurer of the State of North Carolina on behalf of the North Carolina Retirement Systems** | represented by | **Office of the Treasurer of the State of North Carolina on behalf of the North Carolina Retirement Systems** PRO SE |

**David Avi Rosenfeld**
(See above for address)
*TERMINATED: 09/13/2023*

**Movant**

| | | |
|---|---|---|
| **New Mexico State Investment Council** | represented by | **David Avi Rosenfeld** (See above for address) *TERMINATED: 09/13/2023* |

V.

**Defendant**

| | | |
|---|---|---|
| **Coupang, Inc.** | represented by | **Andrew James Ehrlich** Paul Weiss (NY) 1285 Avenue of the Americas New York, NY 10019 (212) 373−3166 Fax: 212.373−0166 Email: aehrlich@paulweiss.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Brette Morgan Tannenbaum**
Paul Weiss (NY)
1285 Avenue of the Americas
New York, NY 10019
(212)−373−3852
Fax: (212)−492−0852
Email: btannenbaum@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Shiah Sinnreich**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of The Americas
New York, NY 10019
212−373−3000
Email: dsinnreich@paulweiss.com
*TERMINATED: 10/12/2023*

**Defendant**

| | | |
|---|---|---|
| **Bom Suk Kim** | represented by | **Andrew James Ehrlich** (See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brette Morgan Tannenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Shiah Sinnreich**
(See above for address)
*TERMINATED: 10/12/2023*

**Defendant**

**Gaurav Anand**                    represented by **Andrew James Ehrlich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brette Morgan Tannenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Shiah Sinnreich**
(See above for address)
*TERMINATED: 10/12/2023*

**Defendant**

**Michael Parker**                    represented by **Andrew James Ehrlich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brette Morgan Tannenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Shiah Sinnreich**
(See above for address)
*TERMINATED: 10/12/2023*

**Defendant**

**Matthew Christensen**                    represented by **Andrew James Ehrlich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brette Morgan Tannenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Shiah Sinnreich**
(See above for address)
*TERMINATED: 10/12/2023*

**Defendant**

**Lydia Jett**                    represented by **Andrew James Ehrlich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brette Morgan Tannenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Shiah Sinnreich**
(See above for address)
*TERMINATED: 10/12/2023*

**Defendant**

**Neil Mehta**                    represented by    **Andrew James Ehrlich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brette Morgan Tannenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Shiah Sinnreich**
(See above for address)
*TERMINATED: 10/12/2023*

**Defendant**

**Benjamin Sun**                  represented by    **Andrew James Ehrlich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brette Morgan Tannenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Shiah Sinnreich**
(See above for address)
*TERMINATED: 10/12/2023*

**Defendant**

**Kevin Warsh**                   represented by    **Andrew James Ehrlich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brette Morgan Tannenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Shiah Sinnreich**
(See above for address)
*TERMINATED: 10/12/2023*

**Defendant**

**Harry You**                     represented by    **Andrew James Ehrlich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brette Morgan Tannenbaum**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Shiah Sinnreich**
(See above for address)
*TERMINATED: 10/12/2023*

**Defendant**

**Goldman Sachs & Co. LLC**          represented by   **Daniel Craig Lewis**
Allen Overy Shearman Sterling US LLP
599 Lexington Avenue
New York, NY 10022
212–848–8691
Email: daniel.lewis@aoshearman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Stewart**
Allen Overy Shearman Sterling US LLP
599 Lexington Avenue
New York, NY 10022
212–848–4000
Email: elizabeth.stewart@aoshearman.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Allen & Company LLC**          represented by   **Daniel Craig Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Stewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**J.P. Morgan Securities LLC**          represented by   **Daniel Craig Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Stewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Citigroup Global Markets Inc.**          represented by   **Daniel Craig Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Stewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**HSBC Securities (USA), Inc.**          represented by   **Daniel Craig Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Stewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deutsche Bank Securities Inc.**     represented by **Daniel Craig Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Stewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**UBS Securities LLC**     represented by **Daniel Craig Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Stewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mizuho Securities USA LLC**     represented by **Daniel Craig Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Stewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**CLSA Limited**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/26/2022 | 1 | COMPLAINT against Allen & Company LLC, Gaurav Anand, Matthew Christensen, Coupang, Inc., Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Lydia Jett, Bom Suk Kim, Neil Mehta, Michael Parker, Benjamin Sun, Kevin Warsh, Harry You. (Filing Fee $ 402.00, Receipt Number ANYSDC–26600656)Document filed by David Choi..(Rudman, Samuel) (Entered: 08/26/2022) |
| 08/26/2022 | 2 | CIVIL COVER SHEET filed..(Rudman, Samuel) (Entered: 08/26/2022) |
| 08/26/2022 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Coupang, Inc., Bom Suk Kim, Gaurav Anand, Michael Parker, Matthew Christensen, Lydia Jett, Neil Mehta, Benjamin Sun, Kevin Warsh, Harry You, Goldman Sachs & Co. LLC, Allen & Company LLC, and J.P. Morgan Securities LLC, re: 1 Complaint,. Document filed by David Choi..(Rudman, Samuel) (Entered: 08/26/2022) |
| 08/29/2022 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Samuel Howard Rudman. The party information for the following party/parties has been modified: David Choi. The information for the party/parties has been modified for the following reason/reasons: party text was omitted. (vf) (Entered: 08/29/2022) |
| 08/29/2022 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Vernon S. Broderick. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for |

| | | providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(vf) (Entered: 08/29/2022) |
|---|---|---|
| 08/29/2022 | | Magistrate Judge Valerie Figueredo is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (vf) (Entered: 08/29/2022) |
| 08/29/2022 | | Case Designated ECF. (vf) (Entered: 08/29/2022) |
| 08/29/2022 | 4 | ELECTRONIC SUMMONS ISSUED as to Allen & Company LLC, Gaurav Anand, Matthew Christensen, Coupang, Inc., Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Lydia Jett, Bom Suk Kim, Neil Mehta, Michael Parker, Benjamin Sun, Kevin Warsh, Harry You. (vf) (Entered: 08/29/2022) |
| 09/08/2022 | 5 | AFFIDAVIT OF SERVICE. Coupang, Inc. served on 8/30/2022, answer due 9/20/2022. Service was accepted by Robin Huttbanks, Service of Process Intake Clerk, The Corporation Trust Company. Document filed by David Choi..(Cochran, Brian) (Entered: 09/08/2022) |
| 09/08/2022 | 6 | AFFIDAVIT OF SERVICE. Bom Suk Kim served on 8/30/2022, answer due 9/20/2022. Service was accepted by Robin Huttbanks, Service of Process Intake Clerk, The Corporation Trust Company. Document filed by David Choi..(Cochran, Brian) (Entered: 09/08/2022) |
| 09/08/2022 | 7 | AFFIDAVIT OF SERVICE. Lydia Jett served on 8/30/2022, answer due 9/20/2022. Service was accepted by Peter Deutsch, Co−Occupant. Document filed by David Choi..(Cochran, Brian) (Entered: 09/08/2022) |
| 09/08/2022 | 8 | AFFIDAVIT OF SERVICE. J.P. Morgan Securities LLC served on 8/30/2022, answer due 9/20/2022. Service was accepted by Robin Huttbanks, Service of Process Intake Clerk, The Corporation Trust Company. Document filed by David Choi..(Cochran, Brian) (Entered: 09/08/2022) |
| 09/08/2022 | 9 | AFFIDAVIT OF SERVICE. Allen & Company LLC served on 9/6/2022, answer due 9/27/2022. Service was accepted by Peter Dilorio, General Counsel. Document filed by David Choi..(Cochran, Brian) (Entered: 09/08/2022) |
| 09/08/2022 | 10 | AFFIDAVIT OF SERVICE. Goldman Sachs & Co. LLC served on 8/30/2022, answer due 9/20/2022. Service was accepted by John Montijo, Service of Process Intake Clerk, C T Corporation.. Document filed by David Choi..(Cochran, Brian) (Entered: 09/08/2022) |
| 09/15/2022 | 11 | NOTICE OF APPEARANCE by Andrew James Ehrlich on behalf of Gaurav Anand, Matthew Christensen, Coupang, Inc., Lydia Jett, Bom Suk Kim, Neil Mehta, Michael Parker, Benjamin Sun, Kevin Warsh, Harry You..(Ehrlich, Andrew) (Entered: 09/15/2022) |
| 09/15/2022 | 12 | NOTICE OF APPEARANCE by Brette Morgan Tannenbaum on behalf of Gaurav Anand, Matthew Christensen, Coupang, Inc., Lydia Jett, Bom Suk Kim, Neil Mehta, Michael Parker, Benjamin Sun, Kevin Warsh, Harry You..(Tannenbaum, Brette) (Entered: 09/15/2022) |
| 09/15/2022 | 13 | NOTICE OF APPEARANCE by Daniel Shiah Sinnreich on behalf of Gaurav Anand, Matthew Christensen, Coupang, Inc., Lydia Jett, Bom Suk Kim, Neil Mehta, Michael Parker, Benjamin Sun, Kevin Warsh, Harry You..(Sinnreich, Daniel) (Entered: 09/15/2022) |
| 09/15/2022 | 14 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate SoftBank Group Corp., Other Affiliate SVF Investments (UK) Limited for Coupang, Inc.. Document filed by Coupang, Inc...(Ehrlich, Andrew) (Entered: 09/15/2022) |
| 09/15/2022 | 15 | PROPOSED STIPULATION AND ORDER. Document filed by Gaurav Anand, Matthew Christensen, Coupang, Inc., Lydia Jett, Bom Suk Kim, Neil Mehta, Michael Parker, Benjamin Sun, Kevin Warsh, Harry You..(Ehrlich, Andrew) (Entered: |

| | | 09/15/2022) |
|---|---|---|
| 09/16/2022 | 16 | JOINT STIPULATION ACCEPTING SERVICE OF PROCESS AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, and subject to Court approval, that: Undersigned counsel for the Coupang Defendants and Underwriter Defendants are authorized to accept, and hereby do accept, service of the summons and Complaint in this matter on behalf of their clients, to the extent not already served, without prejudice and without waiver of any of Defendants' defenses, objections, or arguments, except as to sufficiency of service of process. Defendants are not required to answer, move against, or otherwise respond to Plaintiffs' initial Complaint unless it is designated as the operative complaint by the Court appointed lead plaintiff under the schedule below. The Court−appointed lead plaintiff shall have sixty (60) days after appointment to file an amended complaint or, alternatively, to designate the initial Complaint as the operative complaint. Defendants shall answer, move against, or otherwise respond to the operative complaint within sixty (60) days after the Court−appointed lead plaintiff (a) files an amended complaint, or (b) designates the initial Complaint as the operative complaint herein. The Court−appointed lead plaintiff shall have sixty (60) days to oppose any motion(s) Defendants may file to dismiss the operative complaint. Defendants' replies shall be due forty−five (45) days after the filing of the Court appointed lead plaintiff's opposition papers. (Signed by Judge Vernon S. Broderick on 9/16/2022) (rro) (Entered: 09/16/2022) |
| 10/25/2022 | 17 | NOTICE OF CHANGE OF ADDRESS by Ralph M. Stone on behalf of David Choi. New Address: Johnson Fistel LLP, 620 Fifth Avenue, 2nd Flood, New York, New York, United States 10020, (212) 292−5690..(Stone, Ralph) (Entered: 10/25/2022) |
| 10/25/2022 | 18 | MOTION to Appoint Counsel *The Rosen Law Firm, P.A.*., MOTION to Appoint Rubin Lerer to serve as lead plaintiff(s) . Document filed by Rubin Lerer..(Kim, Phillip) (Entered: 10/25/2022) |
| 10/25/2022 | 19 | PROPOSED ORDER. Document filed by Rubin Lerer. Related Document Number: 18 ..(Kim, Phillip) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 10/25/2022) |
| 10/25/2022 | 20 | MOTION to Appoint ALSAR Limited Partnership to serve as lead plaintiff(s) ., MOTION to Appoint Counsel *Kahn Swick & Foti, LLC*. Document filed by Alsar Ltd. Partnership..(Miller, Kim) (Entered: 10/25/2022) |
| 10/25/2022 | 21 | MEMORANDUM OF LAW in Support re: 20 MOTION to Appoint ALSAR Limited Partnership to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Kahn Swick & Foti, LLC*. . Document filed by Alsar Ltd. Partnership..(Miller, Kim) (Entered: 10/25/2022) |
| 10/25/2022 | 22 | DECLARATION of Kim E. Miller in Support re: 20 MOTION to Appoint ALSAR Limited Partnership to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Kahn Swick & Foti, LLC*.. Document filed by Alsar Ltd. Partnership. (Attachments: # 1 Exhibit A − PSLRA Certification, # 2 Exhibit B − Loss Chart, # 3 Exhibit C − Statutory Notice, # 4 Exhibit D − Dr. Fishel Declaration, # 5 Exhibit E − KSF Resume).(Miller, Kim) (Entered: 10/25/2022) |
| 10/25/2022 | 23 | PROPOSED ORDER. Document filed by Alsar Ltd. Partnership. Related Document Number: 20 ..(Miller, Kim) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 10/25/2022) |
| 10/25/2022 | 24 | MEMORANDUM OF LAW in Support re: 18 MOTION to Appoint Counsel *The Rosen Law Firm, P.A.*. MOTION to Appoint Rubin Lerer to serve as lead plaintiff(s) . . Document filed by Rubin Lerer. (Attachments: # 1 Exhibit 1 − PSLRA Early Notice, # 2 Exhibit 2 − PSLRA Certification, # 3 Exhibit 3 − Loss Chart, # 4 Exhibit 4 − Firm Resume).(Kim, Phillip) (Entered: 10/25/2022) |
| 10/25/2022 | 25 | MOTION to Consolidate Cases 1:22−cv−07309−VSB and 1:22−cv−08756−VSB ., MOTION to Appoint New York City Public Pension Funds to serve as lead plaintiff(s) ., MOTION to Approve Lead Counsel . Document filed by New York City Public Pension Funds..(Lieberman, Jeremy) (Entered: 10/25/2022) |

| | | |
|---|---|---|
| 10/25/2022 | 26 | PROPOSED ORDER. Document filed by New York City Public Pension Funds. Related Document Number: 25 ..(Lieberman, Jeremy) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 10/25/2022) |
| 10/25/2022 | 27 | MEMORANDUM OF LAW in Support re: 25 MOTION to Consolidate Cases 1:22–cv–07309–VSB and 1:22–cv–08756–VSB . MOTION to Appoint New York City Public Pension Funds to serve as lead plaintiff(s) . MOTION to Approve Lead Counsel . . Document filed by New York City Public Pension Funds..(Lieberman, Jeremy) (Entered: 10/25/2022) |
| 10/25/2022 | 28 | DECLARATION of Jeremy A. Lieberman in Support re: 25 MOTION to Consolidate Cases 1:22–cv–07309–VSB and 1:22–cv–08756–VSB . MOTION to Appoint New York City Public Pension Funds to serve as lead plaintiff(s) . MOTION to Approve Lead Counsel .. Document filed by New York City Public Pension Funds. (Attachments: # 1 Exhibit A – Damages Analysis, # 2 Exhibit B – Press Release, # 3 Exhibit C – Certifications, # 4 Exhibit D – Firm Resume).(Lieberman, Jeremy) (Entered: 10/25/2022) |
| 10/25/2022 | 29 | MOTION to Appoint Office of the Treasurer of the State of North Carolina on behalf of the North Carolina Retirement Systems and New Mexico State Investment Council to serve as lead plaintiff(s) ., MOTION to Appoint Counsel . Document filed by Office of the Treasurer of the State of North Carolina on behalf of the North Carolina Retirement Systems, New Mexico State Investment Council..(Rosenfeld, David) (Entered: 10/25/2022) |
| 10/25/2022 | 30 | MEMORANDUM OF LAW in Support re: 29 MOTION to Appoint Office of the Treasurer of the State of North Carolina on behalf of the North Carolina Retirement Systems and New Mexico State Investment Council to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by New Mexico State Investment Council, Office of the Treasurer of the State of North Carolina on behalf of the North Carolina Retirement Systems..(Rosenfeld, David) (Entered: 10/25/2022) |
| 10/25/2022 | 31 | DECLARATION of David A. Rosenfeld in Support re: 29 MOTION to Appoint Office of the Treasurer of the State of North Carolina on behalf of the North Carolina Retirement Systems and New Mexico State Investment Council to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by New Mexico State Investment Council, Office of the Treasurer of the State of North Carolina on behalf of the North Carolina Retirement Systems. (Attachments: # 1 Exhibit A – PSLRA Notice, # 2 Exhibit B – Certifications, # 3 Exhibit C – Estimate of losses, # 4 Exhibit D – Joint Declaration).(Rosenfeld, David) (Entered: 10/25/2022) |
| 10/25/2022 | 32 | PROPOSED ORDER. Document filed by New Mexico State Investment Council, Office of the Treasurer of the State of North Carolina on behalf of the North Carolina Retirement Systems. Related Document Number: 29 ..(Rosenfeld, David) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 10/25/2022) |
| 10/26/2022 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 19 Proposed Order was reviewed and approved as to form. (km)** (Entered: 10/26/2022) |
| 10/26/2022 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 23 Proposed Order was reviewed and approved as to form. (km)** (Entered: 10/26/2022) |
| 10/26/2022 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 26 Proposed Order was reviewed and approved as to form. (km)** (Entered: 10/26/2022) |
| 10/26/2022 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 32 Proposed Order was reviewed and approved as to form. (km)** (Entered: 10/26/2022) |
| 10/26/2022 | 33 | NOTICE OF APPEARANCE by Emma Gilmore on behalf of New York City Public Pension Funds..(Gilmore, Emma) (Entered: 10/26/2022) |
| 10/27/2022 | 34 | NOTICE of Withdrawal of Motion for Appointment as Lead Plaintiff and Approval of Selection as Lead Counsel re: 20 MOTION to Appoint ALSAR Limited Partnership to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Kahn Swick & Foti, LLC*.. |

| | | Document filed by Alsar Ltd. Partnership..(Miller, Kim) (Entered: 10/27/2022) |
|---|---|---|
| 10/31/2022 | 35 | NOTICE of Withdrawal re: 18 MOTION to Appoint Counsel *The Rosen Law Firm, P.A.*. MOTION to Appoint Rubin Lerer to serve as lead plaintiff(s) .. Document filed by Rubin Lerer..(Kim, Phillip) (Entered: 10/31/2022) |
| 11/07/2022 | 36 | NOTICE of Withdrawal re: 29 MOTION to Appoint Office of the Treasurer of the State of North Carolina on behalf of the North Carolina Retirement Systems and New Mexico State Investment Council to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by New Mexico State Investment Council, Office of the Treasurer of the State of North Carolina on behalf of the North Carolina Retirement Systems..(Rudman, Samuel) (Entered: 11/07/2022) |
| 11/09/2022 | 37 | NOTICE of NON–OPPOSITION TO MOTION OF THE NEW YORK CITY PUBLIC PENSION FUNDS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL re: 25 MOTION to Consolidate Cases 1:22–cv–07309–VSB 1:22–cv–08756–VSB . MOTION to Appoint New York City Public Pension Funds to serve as lead plaintiff(s) . MOTION to Approve Lead Counsel .. Document filed by New York City Public Pension Funds..(Lieberman, Jeremy) (Entered: 11/09/2022) |
| 03/15/2023 | 38 | ORDER: It is hereby ORDERED that Movant NYC Funds file a letter by March 22, 2023, addressing the impact of the notice of voluntary dismissal filed in 22–CV–8756, (Doc. 11), on its request to consolidate. SO ORDERED. (Signed by Judge Vernon S. Broderick on 3/15/2023) (ks) (Entered: 03/15/2023) |
| 03/16/2023 | 39 | LETTER addressed to Judge Vernon S. Broderick from Jeremy A. Lieberman dated March 16, 2023 re: Response to Court Order. Document filed by New York City Public Pension Funds..(Lieberman, Jeremy) (Entered: 03/16/2023) |
| 03/21/2023 | 40 | OPINION AN ORDER re: 25 MOTION to Consolidate Cases 1:22–cv–07309–VSB and 1:22–cv–08756–VSB . MOTION to Appoint New York City Public Pension Funds to serve as lead plaintiff(s) . MOTION to Approve Lead Counsel . filed by New York City Public Pension Funds, 18 MOTION to Appoint Counsel *The Rosen Law Firm, P.A.*. MOTION to Appoint Rubin Lerer to serve as lead plaintiff(s) . filed by Rubin Lerer, 20 MOTION to Appoint ALSAR Limited Partnership to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Kahn Swick & Foti, LLC*. filed by Alsar Ltd. Partnership, 29 MOTION to Appoint Office of the Treasurer of the State of North Carolina on behalf of the North Carolina Retirement Systems and New Mexico State Investment Council to serve as lead plaintiff(s) . MOTION to Appoint Counsel . filed by Office of the Treasurer of the State of North Carolina on behalf of the North Carolina Retirement Systems, New Mexico State Investment Council. The NYC Funds' motion for consolidation, (Doc. 25), is DENIED as moot given the voluntary dismissal in 1:22–cv–8756 (VSB). The NYC Funds has a substantial financial interest and meets the typicality and adequacy requirements of Rule 23. Therefore, the NYC Funds' motion for appointment as lead plaintiff and for approval of lead counsel is GRANTED. The remaining motions of Rubin Lerer, ALSAR Limited Partnership, and Office of the Treasurer of the State of North Carolina and New Mexico, have been withdrawn and are hereby DENIED as moot. The NYC Funds is directed to file an amended consolidated complaint or designate an operative complaint no later than sixty (60) days after the date of issuance of this Opinion & Order. Defendants are directed to answer or otherwise respond to the operative complaint no later than sixty (60) days after the NYC Funds files an amended complaint or designates the initial Complaint as the operative complaint herein. The Clerk of Court is respectfully directed to terminate the pending motions at docket entries 18, 20, 25, and 29. SO ORDERED. (Signed by Judge Vernon S. Broderick on 3/21/2023) (kv) (Entered: 03/21/2023) |
| 05/19/2023 | 41 | NOTICE OF APPEARANCE by Justin David D'Aloia on behalf of New York City Public Pension Funds..(D'Aloia, Justin) (Entered: 05/19/2023) |
| 05/19/2023 | 42 | NOTICE OF APPEARANCE by Dolgora Dorzhieva on behalf of New York City Public Pension Funds..(Dorzhieva, Dolgora) (Entered: 05/19/2023) |
| 05/22/2023 | 43 | **FILING ERROR – DEFICIENT PLEADING – FILER ERROR –** FIRST AMENDED COMPLAINT amending 1 Complaint, against Allen & Company LLC, Gaurav Anand, Matthew Christensen, Coupang, Inc., Goldman Sachs & Co. LLC, J.P. |

| | | |
|---|---|---|
| | | Morgan Securities LLC, Lydia Jett, Bom Suk Kim, Neil Mehta, Michael Parker, Benjamin Sun, Kevin Warsh, Harry You, Citigroup Global Markets Inc., HSBC Securities (USA), Inc., Deutsche Bank Securities Inc., UBS Securities LLC, Mizuho Securities USA LLC, CLSA Limited with JURY DEMAND.Document filed by New York City Public Pension Funds. Related document: 1 Complaint,..(Lieberman, Jeremy) Modified on 5/23/2023 (pc). (Entered: 05/22/2023) |
| 05/22/2023 | 44 | REQUEST FOR ISSUANCE OF SUMMONS as to UBS Securities LLC, re: 43 Amended Complaint,,. Document filed by New York City Public Pension Funds..(Lieberman, Jeremy) (Entered: 05/22/2023) |
| 05/22/2023 | 45 | REQUEST FOR ISSUANCE OF SUMMONS as to CLSA Limited, re: 43 Amended Complaint,,. Document filed by New York City Public Pension Funds..(Lieberman, Jeremy) (Entered: 05/22/2023) |
| 05/22/2023 | 46 | REQUEST FOR ISSUANCE OF AMENDED SUMMONS as to Mizuho Securities USA LLC, re: 43 Amended Complaint,,. Document filed by New York City Public Pension Funds., REQUEST FOR ISSUANCE OF SUMMONS as to Mizuho Securities USA LLC, re: 43 Amended Complaint,,. Document filed by New York City Public Pension Funds..(Lieberman, Jeremy) (Entered: 05/22/2023) |
| 05/22/2023 | 47 | REQUEST FOR ISSUANCE OF SUMMONS as to Citigroup Global Markets Inc., re: 43 Amended Complaint,,. Document filed by New York City Public Pension Funds..(Lieberman, Jeremy) (Entered: 05/22/2023) |
| 05/22/2023 | 48 | REQUEST FOR ISSUANCE OF SUMMONS as to HSBC Securities (USA) Inc., re: 43 Amended Complaint,,. Document filed by New York City Public Pension Funds..(Lieberman, Jeremy) (Entered: 05/22/2023) |
| 05/22/2023 | 49 | REQUEST FOR ISSUANCE OF SUMMONS as to Deutsche Bank Securities Inc., re: 43 Amended Complaint,,. Document filed by New York City Public Pension Funds..(Lieberman, Jeremy) (Entered: 05/22/2023) |
| 05/23/2023 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Jeremy Alan Lieberman to RE–FILE re: Document No. 43 Amended Complaint,,. The filing is deficient for the following reason(s): all of the parties listed on the pleading were not entered on CM ECF; the wrong filer/filers were selected for the pleading;. Docket the event type Add Party to Pleading found under the event list Complaints and Other Initiating Documents.. Re–file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (pc) (Entered: 05/23/2023) |
| 05/23/2023 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Jeremy Alan Lieberman to RE–FILE Document No. 48 Request for Issuance of Summons, 45 Request for Issuance of Summons, 44 Request for Issuance of Summons, 47 Request for Issuance of Summons, 49 Request for Issuance of Summons, 46 Request for Issuance of Amended Summons, Request for Issuance of Summons,,. The filing is deficient for the following reason(s): The summons requested was not processed due to the deficient pleading. Please file your request for summons when you correct and refile your pleading. (pc) Modified on 5/23/2023 (pc). (Entered: 05/23/2023) |
| 05/24/2023 | 50 | AMENDED COMPLAINT amending 43 Amended Complaint,, 1 Complaint, against HSBC Securities (USA), Inc., Mizuho Securities USA LLC, Allen & Company LLC, Gaurav Anand, CLSA Limited, Matthew Christensen, Citigroup Global Markets Inc., Coupang, Inc., Deutsche Bank Securities Inc., Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Lydia Jett, Bom Suk Kim, Neil Mehta, Michael Parker, Benjamin Sun, UBS Securities LLC, Kevin Warsh, Harry You with JURY DEMAND.Document filed by New York City Public Pension Funds, The New York City Fire Department Pension Fund, The New York City Police Pension Fund, The Board of Education Retirement System of The City of New York, The New York City Employees Retirement System, The Teachers Retirement System of The City of New York Variable Annuity Program, The New York City Deferred Compensation Plan, The Teachers Retirement System of The City of New York. Related document: 43 |

| | | |
|---|---|---|
| | | Amended Complaint,, 1 Complaint,..(Lieberman, Jeremy) (Entered: 05/24/2023) |
| 05/24/2023 | 51 | REQUEST FOR ISSUANCE OF SUMMONS as to UBS Securities LLC, re: 50 Amended Complaint,,,. Document filed by New York City Public Pension Funds, The Board of Education Retirement System of The City of New York, The New York City Deferred Compensation Plan, The New York City Employees Retirement System, The New York City Fire Department Pension Fund, The New York City Police Pension Fund, The Teachers Retirement System of The City of New York, The Teachers Retirement System of The City of New York Variable Annuity Program..(Lieberman, Jeremy) (Entered: 05/24/2023) |
| 05/24/2023 | 52 | REQUEST FOR ISSUANCE OF SUMMONS as to CLSA Limited, re: 50 Amended Complaint,,,. Document filed by New York City Public Pension Funds, The Board of Education Retirement System of The City of New York, The New York City Deferred Compensation Plan, The New York City Employees Retirement System, The New York City Fire Department Pension Fund, The New York City Police Pension Fund, The Teachers Retirement System of The City of New York, The Teachers Retirement System of The City of New York Variable Annuity Program..(Lieberman, Jeremy) (Entered: 05/24/2023) |
| 05/24/2023 | 53 | REQUEST FOR ISSUANCE OF SUMMONS as to Mizuho Securities USA LLC, re: 50 Amended Complaint,,,. Document filed by New York City Public Pension Funds, The Board of Education Retirement System of The City of New York, The New York City Deferred Compensation Plan, The New York City Employees Retirement System, The New York City Fire Department Pension Fund, The New York City Police Pension Fund, The Teachers Retirement System of The City of New York, The Teachers Retirement System of The City of New York Variable Annuity Program..(Lieberman, Jeremy) (Entered: 05/24/2023) |
| 05/24/2023 | 54 | REQUEST FOR ISSUANCE OF SUMMONS as to Citigroup Global Markets Inc., re: 50 Amended Complaint,,,. Document filed by New York City Public Pension Funds, The Board of Education Retirement System of The City of New York, The New York City Deferred Compensation Plan, The New York City Employees Retirement System, The New York City Fire Department Pension Fund, The New York City Police Pension Fund, The Teachers Retirement System of The City of New York, The Teachers Retirement System of The City of New York Variable Annuity Program..(Lieberman, Jeremy) (Entered: 05/24/2023) |
| 05/24/2023 | 55 | REQUEST FOR ISSUANCE OF SUMMONS as to HSBC Securities (USA) Inc., re: 50 Amended Complaint,,,. Document filed by New York City Public Pension Funds, The Board of Education Retirement System of The City of New York, The New York City Deferred Compensation Plan, The New York City Employees Retirement System, The New York City Fire Department Pension Fund, The New York City Police Pension Fund, The Teachers Retirement System of The City of New York, The Teachers Retirement System of The City of New York Variable Annuity Program..(Lieberman, Jeremy) (Entered: 05/24/2023) |
| 05/24/2023 | 56 | REQUEST FOR ISSUANCE OF SUMMONS as to Deutsche Bank Securities Inc., re: 50 Amended Complaint,,,. Document filed by New York City Public Pension Funds, The Board of Education Retirement System of The City of New York, The New York City Deferred Compensation Plan, The New York City Employees Retirement System, The New York City Fire Department Pension Fund, The New York City Police Pension Fund, The Teachers Retirement System of The City of New York, The Teachers Retirement System of The City of New York Variable Annuity Program..(Lieberman, Jeremy) (Entered: 05/24/2023) |
| 05/25/2023 | 57 | ELECTRONIC SUMMONS ISSUED as to Deutsche Bank Securities Inc...(pc) (Entered: 05/25/2023) |
| 05/25/2023 | 58 | ELECTRONIC SUMMONS ISSUED as to Citigroup Global Markets Inc...(pc) (Entered: 05/25/2023) |
| 05/25/2023 | 59 | ELECTRONIC SUMMONS ISSUED as to HSBC Securities (USA), Inc...(pc) (Entered: 05/25/2023) |
| 05/25/2023 | 60 | ELECTRONIC SUMMONS ISSUED as to Mizuho Securities USA LLC..(pc) (Entered: 05/25/2023) |

| | | |
|---|---|---|
| 05/25/2023 | 61 | ELECTRONIC SUMMONS ISSUED as to UBS Securities LLC..(pc) (Entered: 05/25/2023) |
| 05/25/2023 | 62 | ELECTRONIC SUMMONS ISSUED as to CLSA Limited..(pc) (Entered: 05/25/2023) |
| 07/14/2023 | 63 | CONSENT LETTER MOTION for Extension of Time *to file Motion to Dismiss the Amended Complaint and for Leave to File Excess Pages* addressed to Judge Vernon S. Broderick from Andrew Ehrlich dated July 14, 2023. Document filed by HSBC Securities (USA), Inc., Mizuho Securities USA LLC, Allen & Company LLC, Gaurav Anand, Matthew Christensen, Citigroup Global Markets Inc., Coupang, Inc., Deutsche Bank Securities Inc., Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Lydia Jett, Bom Suk Kim, Neil Mehta, Michael Parker, Benjamin Sun, UBS Securities LLC, Kevin Warsh, Harry You..(Ehrlich, Andrew) (Entered: 07/14/2023) |
| 07/17/2023 | 64 | ORDER granting 63 Letter Motion for Extension of Time. Extensions are granted. Defendants shall file their motion to dismiss by July 28, 2023, with a page limit not to exceed 48 pages. Plaintiffs shall file their opposition brief by October 3, 2023, with a page limit not to exceed 48 pages. SO ORDERED. APPLICATION GRANTED SO ORDERED. Motions due by 7/28/2023. (Signed by Judge Vernon S. Broderick on 7/17/2023) (jca) (Entered: 07/17/2023) |
| 07/17/2023 | | Set/Reset Deadlines: Responses due by 10/3/2023 (jca) (Entered: 07/17/2023) |
| 07/27/2023 | 65 | NOTICE OF APPEARANCE by Daniel Craig Lewis on behalf of HSBC Securities (USA), Inc., Mizuho Securities USA LLC, Allen & Company LLC, Citigroup Global Markets Inc., Deutsche Bank Securities Inc., Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, UBS Securities LLC..(Lewis, Daniel) (Entered: 07/27/2023) |
| 07/27/2023 | 66 | NOTICE OF APPEARANCE by Elizabeth Johnson Stewart on behalf of HSBC Securities (USA), Inc., Mizuho Securities USA LLC, Allen & Company LLC, Citigroup Global Markets Inc., Deutsche Bank Securities Inc., Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, UBS Securities LLC..(Stewart, Elizabeth) (Entered: 07/27/2023) |
| 07/27/2023 | 67 | PROPOSED STIPULATION AND ORDER. Document filed by The Board of Education Retirement System of The City of New York, The New York City Deferred Compensation Plan, The New York City Employees Retirement System, The New York City Fire Department Pension Fund, The New York City Police Pension Fund, The Teachers Retirement System of The City of New York, The Teachers Retirement System of The City of New York Variable Annuity Program..(Gilmore, Emma) (Entered: 07/27/2023) |
| 07/27/2023 | 68 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent UBS Group AG, Other Affiliate UBS AG, Other Affiliate UBS Americas Holding LLC, Other Affiliate UBS Americas Inc. for UBS Securities LLC; Corporate Parent JPMorgan Chase & Co., Other Affiliate The Vanguard Group, Inc. for J.P. Morgan Securities LLC ; Corporate Parent Mizuho Financial Group, Inc., Other Affiliate Mizuho Americas LLC for Mizuho Securities USA LLC; Corporate Parent The Goldman Sachs Group Inc. for Goldman Sachs & Co. LLC; Corporate Parent Allen Operations LLC, Other Affiliate Allen Holding Inc. for Allen & Company LLC; Corporate Parent CitiGroup Inc. for Citigroup Global Markets Inc.; Corporate Parent Deutsche Bank AG, Other Affiliate DB USA Corporation, Other Affiliate DB U.S. Financial Markets Holding Corporation for Deutsche Bank Securities Inc.; Corporate Parent HSBC Holdings plc, Other Affiliate HSBC Markets (USA) Inc., Other Affiliate HSBC Overseas Holdings (UK) Limited, Other Affiliate HSBC North America Holdings Inc. for HSBC Securities (USA), Inc.. Document filed by HSBC Securities (USA), Inc., Mizuho Securities USA LLC, Allen & Company LLC, Citigroup Global Markets Inc., Deutsche Bank Securities Inc., Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, UBS Securities LLC..(Lewis, Daniel) (Entered: 07/27/2023) |
| 07/28/2023 | 69 | MOTION to Dismiss *the Amended Complaint*. Document filed by Gaurav Anand, Matthew Christensen, Coupang, Inc., Lydia Jett, Bom Suk Kim, Neil Mehta, Michael Parker, Benjamin Sun, Kevin Warsh, Harry You..(Ehrlich, Andrew) (Entered: 07/28/2023) |
| 07/28/2023 | 70 | MEMORANDUM OF LAW in Support re: 69 MOTION to Dismiss *the Amended Complaint*. . Document filed by Gaurav Anand, Matthew Christensen, Coupang, Inc., Lydia Jett, Bom Suk Kim, Neil Mehta, Michael Parker, Benjamin Sun, Kevin Warsh, |

| | | Harry You..(Ehrlich, Andrew) (Entered: 07/28/2023) |
|---|---|---|
| 07/28/2023 | 71 | DECLARATION of Daniel S. Sinnreich in Support re: 69 MOTION to Dismiss *the Amended Complaint*.. Document filed by Gaurav Anand, Matthew Christensen, Coupang, Inc., Lydia Jett, Bom Suk Kim, Neil Mehta, Michael Parker, Benjamin Sun, Kevin Warsh, Harry You. (Attachments: # 1 Exhibit 1 – Alleged Misstatement Chart, # 2 Exhibit 2 – Coupang S–1 IPO Registration Statement, # 3 Exhibit 3 – Coupang 2022 10K, # 4 Exhibit 4 – Coupang Q3 2020 10Q, # 5 Exhibit 5 – Coupang Terms of Service 7.5.2019, # 6 Exhibit 6 – Coupang Terms of Service 8.1.2020, # 7 Exhibit 7 – Coupang Terms of Service 9.1.2021, # 8 Exhibit 8 – KFTC Press Release 7.21.2021, # 9 Exhibit 9 – KFTC Press Release 8.19.2021, # 10 Exhibit 10 – Coupang Newsroom Statement 9.18.2020, # 11 Exhibit 11 – Coupang Newsroom Statement 2.27.2022, # 12 Exhibit 12 – KFTC Press Release 3.6.2022, # 13 Exhibit 13 – Coupang Form S–8 Registration Statement, # 14 Exhibit 14 – Coupang Q2 2021 Earnings Call Transcript, # 15 Exhibit 15 – Coupang Q3 2021 Earnings Call Transcript, # 16 Exhibit 16 – Kim Form 4 3.15.2021, # 17 Exhibit 17 – Anand Form 4 8.18.2021, # 18 Exhibit 18 – Anand Form 4 12.16.2021, # 19 Exhibit 19 – Coupangs Certificate of Corporate Registration, # 20 Exhibit 20 – The Korean Herald article, # 21 Exhibit 21 – Seoul Economic Daily article, # 22 Exhibit 22 – Coupang Stock Price Chart, # 23 Exhibit 23 – Loss Causation Chart, # 24 Exhibit 24 – Stock Index Chart, # 25 Exhibit 25 – Coupang Q1 2021 10Q, # 26 Exhibit 26 – Coupang Q2 2021 10Q, # 27 Exhibit 27 – Coupang Q3 2021 10Q, # 28 Exhibit 28 – Coupang 2021 10K, # 29 Exhibit 29 – Coupang Q1 2021 Earnings Call Transcript).(Sinnreich, Daniel) (Entered: 07/28/2023) |
| 08/29/2023 | 72 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above–captioned action is voluntarily dismissed, without prejudice and without costs against the defendant(s) HSBC Securities (USA), Inc., Mizuho Securities USA LLC, Allen & Company LLC, Gaurav Anand, CLSA Limited, Matthew Christensen, Citigroup Global Markets Inc., Coupang, Inc., Deutsche Bank Securities Inc., Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Lydia Jett, Bom Suk Kim, Neil Mehta, Michael Parker, Benjamin Sun, UBS Securities LLC, Kevin Warsh, Harry You. Document filed by David Choi. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers)**...(Rudman, Samuel) (Entered: 08/29/2023) |
| 08/29/2023 | 73 | MOTION for Samuel H. Rudman and David A. Rosenfeld to Withdraw as Attorney . Document filed by David Choi, New Mexico State Investment Council, Office of the Treasurer of the State of North Carolina on behalf of the North Carolina Retirement Systems..(Rosenfeld, David) (Entered: 08/29/2023) |
| 08/29/2023 | 74 | PROPOSED ORDER. Document filed by David Choi, New Mexico State Investment Council, Office of the Treasurer of the State of North Carolina on behalf of the North Carolina Retirement Systems. Related Document Number: 73 ..(Rosenfeld, David) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/29/2023) |
| 08/30/2023 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 74 Proposed Order was reviewed and approved as to form. (km)** (Entered: 08/30/2023) |
| 08/30/2023 | | **\*\*\*NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. 72 Notice of Voluntary Dismissal, was reviewed and referred to Judge Vernon S. Broderick for approval for the following reason(s): the plaintiff(s) filed their voluntary dismissal and it did not dismiss all of the parties or the action in its entirety. (tp)** (Entered: 08/30/2023) |
| 09/13/2023 | 75 | NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF PURSUANT TO FED. R. CIV. P. 41(a)(l)(A)(i):PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff David Choi hereby voluntarily dismisses his claims without prejudice to his ability to participate in this action as an absent class member. Mr. Chois counsel is also concurrently filing a withdrawal of appearance in this action. The classs interests will continue to be represented by Court–appointed Lead Counsel. The Clerk of Court is respectfully directed to terminate Plaintiff David Choi from this action. David Choi (Individually and on Behalf of All Others Similarly Situated) terminated. (Signed by Judge Vernon S. Broderick on 9/13/2023) (rro) (Entered: 09/13/2023) |

| | | |
|---|---|---|
| 09/13/2023 | 76 | ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL granting 73 Motion to Withdraw as Attorney. Upon consideration of the Motion for Leave to Withdraw as Counsel, and for good cause shown, it is HEREBY ORDERED THAT Samuel H. Rudman and David A. Rosenfeld of Robbins Geller Rudman & Dowd LLP are hereby withdrawn as counsel of record. The Clerk of the Court is directed to remove the above–named attorneys and law firm from the docket as well as the ECF Service List. Attorney David Avi Rosenfeld and Samuel Howard Rudman terminated. (Signed by Judge Vernon S. Broderick on 9/13/2023) (rro) (Entered: 09/13/2023) |
| 09/15/2023 | 77 | STIPULATION AND ORDER: THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Lead Plaintiffs and the undersigned counsel for the Newly–Added Defendants that: 1. The undersigned counsel for the Newly–Added Defendants hereby accept service of the summons and Amended Complaint on behalf of the Newly–Added Defendants and certify that they are authorized to do so. 2. By entering into this Stipulation, the Newly–Added Defendants do not waive any defense(s) other than defenses based on insufficient process and insufficient service of process. 3. The schedule provided in the Scheduling Order (ECF No. 16) with respect to a response to the Amended Complaint, as modified by the Revised Scheduling Order (ECF No. 64), shall apply to the Newly–Added Defendants. IT IS SO ORDERED THIS 15th OF September, 2023. (Signed by Judge Vernon S. Broderick on 9/15/2023) (ate) (Entered: 09/15/2023) |
| 10/03/2023 | 78 | MEMORANDUM OF LAW in Opposition re: 69 MOTION to Dismiss *the Amended Complaint*. . Document filed by New York City Public Pension Funds, The Board of Education Retirement System of The City of New York, The New York City Deferred Compensation Plan, The New York City Employees Retirement System, The New York City Fire Department Pension Fund, The New York City Police Pension Fund, The Teachers Retirement System of The City of New York, The Teachers Retirement System of The City of New York Variable Annuity Program..(Lieberman, Jeremy) (Entered: 10/03/2023) |
| 10/03/2023 | 79 | DECLARATION of Emma Gilmore in Opposition re: 69 MOTION to Dismiss *the Amended Complaint*.. Document filed by New York City Public Pension Funds, The Board of Education Retirement System of The City of New York, The New York City Deferred Compensation Plan, The New York City Employees Retirement System, The New York City Fire Department Pension Fund, The New York City Police Pension Fund, The Teachers Retirement System of The City of New York, The Teachers Retirement System of The City of New York Variable Annuity Program. (Attachments: # 1 Exhibit 1 Coupang Press Release dated March 20, 2020, # 2 Exhibit 2 – Coupang Press Release dated May 26, 2020, # 3 Exhibit 3 – Coupang Statement dated May 28, 2020, # 4 Exhibit 4 – Coupang Statement dated May 30, 2020, # 5 Exhibit 5 – Coupang Statement dated June 18, 2020, # 6 Exhibit 6 – Coupang Statement dated June 29, 2020, # 7 Exhibit 7 Coupang Press Release dated July 1, 2020, # 8 Exhibit 8 – Coupang Statement dated July 3, 2020, # 9 Exhibit 9 – Coupang Statement dated July 6, 2020, # 10 Exhibit 10 – Coupang Statement dated July 8, 2020, # 11 Exhibit 11 – Coupang Statement dated July 14, 2020, # 12 Exhibit 12 – Coupang Statement dated September 30, 2020, # 13 Exhibit 13 Coupang Press Release dated October 16, 2020, # 14 Exhibit 14 – Coupang Statement dated October 26, 2020, # 15 Exhibit 15 – Coupang Statement dated October 27, 2020, # 16 Exhibit 16 – Coupang Statement dated October 30, 2020, # 17 Exhibit 17 – Coupang Statement dated November 18, 2020, # 18 Exhibit 18 – Coupang Statement dated January 20, 2021, # 19 Exhibit 19 – Coupang Statement dated February 9, 2021, # 20 Exhibit 20 – Coupang Statement dated February 23, 2021, # 21 Exhibit 21 Transcript of March 11, 2021 Bom Kim Interview, # 22 Exhibit 22 – Coupang Statement dated April 3, 2021, # 23 Exhibit 23 – Coupang Statement dated May 4, 2021, # 24 Exhibit 24 – Coupang Prospectus on Form 424B4, filed March 11, 2021, # 25 Exhibit 25 – KFTC Resolution No. 2021–237, dated September 23, 2021, # 26 Exhibit 26 – Transcript of KFTC Hearing, dated August 11, 2021, # 27 Exhibit 27 – Coupang Registration Statement on Form S–8, filed March 11, 2021, # 28 Exhibit 28 – Coupang Statement dated June 24, 2021).(Gilmore, Emma) (Entered: 10/03/2023) |
| 10/11/2023 | 80 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Gaurav Anand, Matthew Christensen, Coupang, Inc., Lydia Jett, Bom Suk Kim, Neil Mehta, Michael Parker, Benjamin Sun, Kevin Warsh, Harry You..(Sinnreich, Daniel) (Entered: 10/11/2023) |

| | | |
|---|---|---|
| 10/12/2023 | 81 | NOTICE AND ORDER FOR WITHDRAWAL OF COUNSEL: PLEASE TAKE NOTICE that, upon the annexed declaration of Daniel S. Sinnreich, and subject to the approval of the Court, Daniel S. Sinnreich hereby withdraws as counsel for Defendants Coupang, Inc., Bom Suk Kim, Gaurav Anand, Michael Parker, Matthew Christensen, Lydia Jett, Neil Mehta, Benjamin Sun, Kevin Warsh, and Harry You (the "Coupang Defendants"), and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above–captioned action. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent the Coupang Defendants in this proceeding. SO ORDERED. Attorney Daniel Shiah Sinnreich terminated. (Signed by Judge Vernon S. Broderick on 10/12/2023) (tro) (Entered: 10/12/2023) |
| 10/13/2023 | 82 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Gaurav Anand, Matthew Christensen, Coupang, Inc., Lydia Jett, Bom Suk Kim, Neil Mehta, Michael Parker, Benjamin Sun, Kevin Warsh, Harry You..(Sinnreich, Daniel) (Entered: 10/13/2023) |
| 11/13/2023 | 83 | CONSENT LETTER MOTION for Leave to File Excess Pages addressed to Judge Vernon S. Broderick from Andrew Ehrlich dated November 13, 2023. Document filed by Gaurav Anand, Matthew Christensen, Coupang, Inc., Lydia Jett, Bom Suk Kim, Neil Mehta, Michael Parker, Benjamin Sun, Kevin Warsh, Harry You..(Ehrlich, Andrew) (Entered: 11/13/2023) |
| 11/16/2023 | 84 | ORDER granting 83 Letter Motion for Leave to File Excess Pages. APPLICATION GRANTED SO ORDERED. (Signed by Judge Vernon S. Broderick on 11/16/2023) (ate) (Entered: 11/16/2023) |
| 11/17/2023 | 85 | REPLY MEMORANDUM OF LAW in Support re: 69 MOTION to Dismiss *the Amended Complaint*. . Document filed by Gaurav Anand, Matthew Christensen, Coupang, Inc., Lydia Jett, Bom Suk Kim, Neil Mehta, Michael Parker, Benjamin Sun, Kevin Warsh, Harry You..(Ehrlich, Andrew) (Entered: 11/17/2023) |
| 05/03/2024 | 86 | NOTICE of Change of Firm Name and EMAIL Addresses. Document filed by HSBC Securities (USA), Inc., Mizuho Securities USA LLC, Allen & Company LLC, CLSA Limited, Citigroup Global Markets Inc., Deutsche Bank Securities Inc., Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, UBS Securities LLC..(Lewis, Daniel) (Entered: 05/03/2024) |
| 07/15/2024 | 87 | LETTER addressed to Judge Vernon S. Broderick from Jeremy A. Lieberman dated July 15, 2024 re: Coupang KFTC Press Release. Document filed by The Board of Education Retirement System of The City of New York, The New York City Deferred Compensation Plan, The New York City Employees Retirement System, The New York City Fire Department Pension Fund, The New York City Police Pension Fund, The Teachers Retirement System of The City of New York, The Teachers Retirement System of The City of New York Variable Annuity Program. (Attachments: # 1 Exhibit A – KFTC press release).(Lieberman, Jeremy) (Entered: 07/15/2024) |
| 08/08/2024 | 88 | LETTER addressed to Judge Vernon S. Broderick from Andrew J. Ehrlich dated August 8, 2024 re: Response to Plaintiffs' Letter 87 . Document filed by Gaurav Anand, Matthew Christensen, Coupang, Inc., Lydia Jett, Bom Suk Kim, Neil Mehta, Michael Parker, Benjamin Sun, Kevin Warsh, Harry You. (Attachments: # 1 Exhibit A – English Translation of 2024.02.01 Seoul High Court 7th Administrative Panel Decision, # 2 Exhibit B – 2024.02.01 Seoul High Court 7th Administrative Panel Decision).(Ehrlich, Andrew) (Entered: 08/08/2024) |
| 08/12/2024 | 89 | LETTER addressed to Judge Vernon S. Broderick from Andrew J. Ehrlich dated August 12, 2024 re: Defendants' Letter 88 . Document filed by Gaurav Anand, Matthew Christensen, Coupang, Inc., Lydia Jett, Bom Suk Kim, Neil Mehta, Michael Parker, Benjamin Sun, Kevin Warsh, Harry You..(Ehrlich, Andrew) (Entered: 08/12/2024) |
| 08/14/2024 | 90 | LETTER addressed to Judge Vernon S. Broderick from Jeremy A. Lieberman dated August 14, 2024 re: Reply to Defendants' letters 88 and 89 regarding KFTC Decision. Document filed by New York City Public Pension Funds, The Board of Education Retirement System of The City of New York, The New York City Deferred Compensation Plan, The New York City Employees Retirement System, The New York City Fire Department Pension Fund, The New York City Police Pension Fund, The Teachers Retirement System of The City of New York, The Teachers Retirement |

| | | |
|---|---|---|
| | | System of The City of New York Variable Annuity Program..(Lieberman, Jeremy) (Entered: 08/14/2024) |
| 08/19/2024 | 91 | LETTER addressed to Judge Vernon S. Broderick from Andrew Ehrlich dated August 19, 2024 re: Certified translation. Document filed by Gaurav Anand, Matthew Christensen, Coupang, Inc., Lydia Jett, Bom Suk Kim, Neil Mehta, Michael Parker, Benjamin Sun, Kevin Warsh, Harry You. (Attachments: # 1 Exhibit A – Certified English Translation of 2024.02.01 Seoul High Court 7th Administrative Panel Decision).(Ehrlich, Andrew) (Entered: 08/19/2024) |
| 06/05/2025 | 92 | LETTER addressed to Judge Vernon S. Broderick from Emma Gilmore dated June 5, 2025 Document filed by The Board of Education Retirement System of The City of New York, The New York City Deferred Compensation Plan, The New York City Employees Retirement System, The New York City Fire Department Pension Fund, The New York City Police Pension Fund, The Teachers Retirement System of The City of New York, The Teachers Retirement System of The City of New York Variable Annuity Program..(Gilmore, Emma) (Entered: 06/05/2025) |
| 06/13/2025 | 93 | LETTER addressed to Judge Vernon S. Broderick from Andrew J. Ehrlich dated June 13, 2025 re: Response to Plaintiffs' June 5, 2025 Letter. Document filed by Gaurav Anand, Matthew Christensen, Coupang, Inc., Lydia Jett, Bom Suk Kim, Neil Mehta, Michael Parker, Benjamin Sun, Kevin Warsh, Harry You. (Attachments: # 1 Exhibit 1 – Certified translations).(Ehrlich, Andrew) (Entered: 06/13/2025) |
| 06/13/2025 | 94 | NOTICE OF APPEARANCE by Daniel Shiah Sinnreich on behalf of Gaurav Anand, Matthew Christensen, Coupang, Inc., Lydia Jett, Bom Suk Kim, Neil Mehta, Michael Parker, Benjamin Sun, Kevin Warsh, Harry You..(Sinnreich, Daniel) (Entered: 06/13/2025) |
| 06/24/2025 | 95 | LETTER addressed to Judge Vernon S. Broderick from Emma Gilmore dated June 24, 2025 Document filed by The Board of Education Retirement System of The City of New York, The New York City Deferred Compensation Plan, The New York City Employees Retirement System, The New York City Fire Department Pension Fund, The New York City Police Pension Fund, The Teachers Retirement System of The City of New York, The Teachers Retirement System of The City of New York Variable Annuity Program..(Gilmore, Emma) (Entered: 06/24/2025) |
| 08/22/2025 | 96 | ORDER: ORDERED that, no later than August 29, 2025, the Underwriter Defendants shall file a letter clarifying the status of representation, including whether Allen Overy Shearman & Sterling US LLP also represents CLSA Limited and whether I should deem the motion to dismiss as having been brought on behalf of all Defendants. IT IS FURTHER ORDERED that, no later than August 29, 2025, the Underwriter Defendants shall file a new notice of appearance, if necessary, on behalf of all Underwriter Defendants. SO ORDERED. (Signed by Judge Vernon S. Broderick on 8/22/2025) (rro) (Entered: 08/22/2025) |
| 08/27/2025 | 97 | LETTER addressed to Judge Vernon S. Broderick from Daniel Lewis dated August 27, 2025 re: Response to the Court's order dated August 22, 2025. Document filed by HSBC Securities (USA), Inc., Mizuho Securities USA LLC, Allen & Company LLC, Citigroup Global Markets Inc., Deutsche Bank Securities Inc., Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, UBS Securities LLC..(Lewis, Daniel) (Entered: 08/27/2025) |
| 09/10/2025 | 98 | OPINION & ORDER re: 69 MOTION to Dismiss *the Amended Complaint*. filed by Lydia Jett, Bom Suk Kim, Harry You, Benjamin Sun, Matthew Christensen, Kevin Warsh, Gaurav Anand, Coupang, Inc., Neil Mehta, Michael Parker. For the foregoing reasons, Defendants' motion to dismiss is GRANTED. It is hereby: ORDERED that Plaintiffs' Amended Complaint is DISMISSED with prejudice and without leave to amend. The Clerk of Court is respectfully directed to close this case. SO ORDERED. (Signed by Judge Vernon S. Broderick on 9/10/2025) (rro) Transmission to Orders and Judgments Clerk for processing. (Entered: 09/10/2025) |
| 09/10/2025 | 99 | CLERK'S JUDGMENT re: 98 Opinion & Order. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated September 10, 2025, Defendants' motion to dismiss is GRANTED and Plaintiffs' Amended Complaint is DISMISSED with prejudice and without leave to amend; accordingly, the case is closed. (Signed by Clerk of Court Tammi M Hellwig |

| | | |
|---|---|---|
| | | on 9/10/2025) (Attachments: # 1 Notice of right to appeal) (nd) Modified on 9/10/2025 (nd). (Entered: 09/10/2025) |
| 10/10/2025 | 100 | NOTICE OF APPEAL from 98 Memorandum & Opinion,, 99 Clerk's Judgment,,. Document filed by The Board of Education Retirement System of The City of New York, The New York City Deferred Compensation Plan, The New York City Employees Retirement System, The New York City Fire Department Pension Fund, The New York City Police Pension Fund, The Teachers Retirement System of The City of New York, The Teachers Retirement System of The City of New York Variable Annuity Program. Filing fee $ 605.00, receipt number ANYSDC–31837053. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Lieberman, Jeremy) Modified on 10/14/2025 (tp). (Entered: 10/10/2025) |
| 10/14/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 100 Notice of Appeal. (tp) (Entered: 10/14/2025) |
| 10/14/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 100 Notice of Appeal, filed by The New York City Police Pension Fund, The New York City Deferred Compensation Plan, The New York City Employees Retirement System, The New York City Fire Department Pension Fund, The Teachers Retirement System of The City of New York Variable Annuity Program, The Board of Education Retirement System of The City of New York, The Teachers Retirement System of The City of New York were transmitted to the U.S. Court of Appeals. (tp) (Entered: 10/14/2025) |