UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-2536

**Caption [use short title]**

**Motion for:** Removal of Appeal from Expedited Appeal Calendar and to Set New Briefing Schedule

**Set forth below precise, complete statement of relief sought:**

Appellants respectfully request the Court remove this appeal from the Expedited Appeal Calendar pursuant to L.R. 27.1(f) and 31.2(b)(2) and set a date for Appellant's opening brief to January 23, 2026 in accordance with L.R. 31.2(a)(1)(A).

The New York City Fire Department Pension Fund v. Coupang, Inc.

**MOVING PARTY:** Plaintiffs-Appellants
**OPPOSING PARTY:** Defendants-Appellees

[■] Plaintiff    [ ] Defendant
[■] Appellant/Petitioner    [ ] Appellee/Respondent

**MOVING ATTORNEY:** Emma Gilmore
**OPPOSING ATTORNEY:** Andrew J. Ehrlich/Daniel Craig Lewis

[name of attorney, with firm, address, phone number and e-mail]

Pomerantz LLP, 600 3rd Ave, 20th Fl. New York, NY 10016
Paul, Weiss, Rifkind, Wharton & Garrison LLP/Allen Overy Shearman Sterling US LLP

212-661-1100
1285 Avenue of the Americas, New York, NY 10019/599 Lexington Avenue, New York, NY 10022

egilmore@pomlaw.com
(212) 373-3166; aehrlich@paulweiss.com/(212) 848-8691; daniel.lewis@aoshearman.com

**Court- Judge/ Agency appealed from:** Southern District of New York, Judge Vernon S. Broderick

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[■] Yes  [ ] No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has this request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [ ] No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
[ ] Unopposed  [ ] Opposed  [■] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [■] Don't Know

Is the oral argument on motion requested?  [ ] Yes  [■] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  [ ] Yes  [■] No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ Emma Gilmore    **Date:** 11/12/2025    **Service:** [■] Electronic  [ ] Other [Attach proof of service]

Form T-1080 (rev. 10-23)